**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JIMMIE MARK PARROTT, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 9:22-CV-72 |
| § | |
| THOMAS DONAHUE, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jimmie Mark Parrott, Jr., a prisoner currently confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Thomas Donahue.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 3, 2023, the magistrate judge entered a Report and Recommendation in which he recommended granting Plaintiff's Motion to Dismiss. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#18) is **ADOPTED**. Plaintiff's Motion to Dismiss (#17) is **GRANTED**. A final judgment will be entered in accordance with this Order.

SIGNED at Beaumont, Texas, this 25th day of April, 2023.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE