| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JIMMIE MARK PARROTT, JR., §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 9:22-CV-72
§
THOMAS DONAHUE, §
§
    Defendant. §

## FINAL JUDGMENT

This action came on before the Court, Honorable Marcia A. Crone, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** without prejudice. All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 25th day of April, 2023.

*(signature)*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE